UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIONEL EDWARDS | CIVIL ACTION |
| VERSUS | NO. 11-2203 |
| STATE OF LOUISIANA, through STATE ATTORNEY GENERAL OF LOUISIANA | SECTION "C" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's Objections to the Report and Recommendation of the Magistrate Judge, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Objections are OVERRULED. (Rec. Doc. 14).

**IT IS FURTHER ORDERED** that plaintiff's complaint under 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE**, either as legally frivolous, for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2) because it is barred by the applicable statute of limitations, or under Heck.

New Orleans, Louisiana, this 30th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE